UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE RAMIREZ, et al.,
                          Plaintiffs,

-against-                          22 Civ. 3342 (LGS)

                                 ORDER
URION CONSTRUCTION LLC, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 19, 2022, at Dkt. No. 24, directed Plaintiffs to file a revised proposed default judgment including proposed findings that Defendants are liable on each claim as to which Plaintiffs seek default judgment by August 31, 2022, and to serve that revised proposed default judgment on Defendants by the same date;

      WHEREAS, Plaintiffs did not comply with the Order at Dkt. No. 24.  It is hereby

      **ORDERED** that Plaintiffs shall file a revised proposed default judgment including proposed findings that Defendants are liable on each claim as to which Plaintiffs seek default judgment, and serve that revised proposed default judgment along with the copy of this Order on Defendants and file proof of service, by **September 7, 2022**.  Defendants' deadline to file any responsive papers remains September 14, 2022, and the show-cause hearing remains scheduled for September 21, 2022, at 4:20 P.M., on the telephone conference line that the parties will access by dialing 888-363-4749 and using access code 558-3333.

Dated: September 2, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE