USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE RAMIREZ et al.,

       Plaintiffs,

  - against -

URION CONSTRUCTION LLC et al.,

       Defendants.
-------------------------------------------------------------X

22-CV-03342 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  By order dated September 23, 2022 (Dkt. 30), Plaintiffs were required to file all inquest materials by October 24, 2022. Plaintiffs have not done so and have not asked for additional time. The Court cannot issue its report and recommendation without the appropriate filings. Accordingly, no later than November 14, 2022, Plaintiffs shall file the materials required in the September 23, 2022 order at Dkt. 30. To the extent Plaintiffs wish to rely on earlier submissions submitted in support of default judgment, they may do so but must identify the docket number of which submissions they rely on. Plaintiffs must also submit affidavits/declarations from each Plaintiff attesting to the damages-related facts (years/weeks worked, hours worked, pay received) that underlie the calculations in Exhibit I to the affirmation of attorney Scher at Dkt. 22. Plaintiffs must also indicate whether they seek recovery of attorney's fees, and, if so, must make the required submission set forth in Dkt. 30. Failure to timely submit the required materials may result in Plaintiffs being precluded from recovering any damages.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.